# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO A. GOLEZ,<br><br>                            Plaintiff,<br>v.<br><br>JOHN E POTTER, Postmaster General;<br>U.S. POSTAL SERVICE,<br><br>                            Defendant. | Case No. 09cv0965 BTM(WMc)<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST TO FILE A FOURTH AMENDED COMPLAINT** |

     Plaintiff has filed a request for leave of the Court to file a Fourth Amended Complaint "to conform to Federal Rules of Civil Procedures requirements." Plaintiff's request is **DENIED WITHOUT PREJUDICE**. In opposing Defendant's pending motion to dismiss certain claims in the Third Amended Complaint and motion to strike certain allegations, Plaintiff may request leave to amend his complaint, but must support his request with an explanation of how he would amend his claims and why the amendments would cure any pleading deficiencies that might otherwise exist. Plaintiff's opposition to the pending motions is currently due on or before **May 14, 2010**.

**IT IS SO ORDERED.**

DATED: April 23, 2010

                                                    *Barry Ted Moskowitz*
                                        Honorable Barry Ted Moskowitz
                                        United States District Judge