1
2
3
4
5
6
7
8
# UNITED STATES DISTRICT COURT
9
## SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11 WILFREDO A. GOLEZ, | Case No. 09cv965 BTM(WMc) |
| 12                 Plaintiff, | **ORDER DENYING REQUEST FOR** |
| 13   v. | **TEMPORARY RESTRAINING ORDER** |
| 14 JOHN E POTTER, POSTMASTER GENERAL U.S. POSTAL SERVICE, | |
| 15                 Defendant. | |

16

17     On August 20, 2010, Plaintiff filed (1) a motion for leave of court to file a request for

18 a temporary restraining order ("TRO") and (2) a request for a TRO.

19     The motion for leave of court to file the request for a TRO is **DENIED AS MOOT**.  No

20 leave of Court is required, and the request for a TRO has been filed and docketed.

21     In his request for a TRO, Plaintiff asks that the Court enjoin Defendant from

22 "collecting, garnishing or offsetting from Plaintiff's financial accounts . . . to satisfy alleged

23 Wage over payments."   Plaintiff attaches documents showing that the Department of

24 Treasury applied Plaintiff's 2009 tax refund in the amount of $1,295.00 to a debt Plaintiff

25 allegedly owes to an agency of the United States.  Plaintiff indicates that the debt at issue

26 is an alleged overpayment of wages in connection with a 14-day suspension.  However,

27 Plaintiff has not submitted any evidence in this regard.  Nor has Plaintiff submitted evidence

28 that the 14-day suspension was unjustified or in violation of his rights.

1   Injunctive relief is an extraordinary remedy that may only be awarded upon a clear

2   showing that the plaintiff is entitled to such relief.  Winter v. Natural Res. Def. Council, Inc.,

3   __ U.S. __, 129 S. Ct. 365, 375-76 (2008).  A plaintiff seeking preliminary injunctive relief

4   "must establish that he is likely to succeed on the merits, that he is likely to suffer irreparable

5   harm in the absence of preliminary relief, that the balance of equities tips in his favor, and

6   that an injunction is in the public interest."  Id.

7   Because Plaintiff has not presented evidence supporting his claim, Plaintiff has failed

8   to establish that he is likely to succeed on the merits of his claim.  Therefore, the Court

9   **DENIES** Plaintiff's request for a TRO without prejudice.  If Plaintiff can present evidence that

10  he was unlawfully suspended and that Defendant is attempting to collect for overpayment

11  of wages in connection with the suspension, Plaintiff may file a new request for a TRO

12  accompanied by the relevant documents, affidavits, and/or other evidence.

13  **IT IS SO ORDERED.**

14

15  DATED:  August 23, 2010

16

17  Honorable Barry Ted Moskowitz
    United States District Judge

18

19

20

21

22

23

24

25

26

27

28

2