FILED

## UNITED STATES COURT OF APPEALS

MAR 25 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| WILFREDO A. GOLEZ,<br><br>            Plaintiff - Appellant,<br><br>    v.<br><br>UNITED STATES POSTAL SERVICE;<br>PATRICK R. DONAHOE, Postmaster<br>General,<br><br>            Defendants - Appellees. | No. 12-56471<br><br>D.C. No. 3:09-cv-00965-AJB-<br>WMC<br>Southern District of California,<br>San Diego<br><br><br>ORDER |

Before:    W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

Golez's petition for panel rehearing is denied.

Golez's motion to submit exhibits, filed on November 24, 2014, is denied.

No further filings will be entertained in this closed case.